OSCAR E. NELSON, Appellant, v. JOHN C. ALONGE, Defendant, and ALVAR F. FERNBERG, Respondent.—

Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

MAUD E. NELSON, Appellant, v. JOHN C. ALONGE, Defendant, and ALVAR F. FERNBERG, Respondent.—

Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT BAUMGART, Appellant.—

Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

HYMAN MARK, as Committee of the Person and Property of MAX LEVIN, an Incompetent, Appellant, v. CHARLES V. NASCA, Respondent.—

Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ. [See *post*, p. 954.]